**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Criminal No. 22-332(JNE/ECW)**

United States of America,

        Plaintiff,

vs.                                                                              **MOTION TO WITHDRAW**

Donte Lavell Devers,

        Defendant.

   At the request of defendant Donte Lavell Devers, counsel Thomas H. Shiah, moves to withdraw as his attorney of record in this matter. It is counsel's understanding that Mr. Devers has previously sent a letter to the Court requesting that he be assigned new counsel. Counsel and Mr. Devers have a fundamental disagreement on how to proceed in his case, including counsel's refusal to file specific documents at the request of Mr. Devers. Counsel maintains that as a result of this situation, the attorney/client relationship has been irretrievably damaged, and it would be in the best interest of all parties to have substitute counsel appointed.

   Accordingly, counsel respectfully requests permission to withdraw and for appointment of substitute counsel for Mr. Devers and asks that this motion be considered as soon as possible.

Dated: January 24, 2025                            Respectfully submitted,

                                               **LAW OFFICES OF**
                                               **THOMAS H. SHIAH, LTD.**

                                  By        **S/Thomas H. Shiah**
                                               Thomas H. Shiah #100365
                                               331 Second Ave South, Ste 705
                                               Minneapolis, MN 55401
                                               (612) 338-0066
                                               Attorney for Defendant