UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-332(JNE/ECW)

United States of America,

          Plaintiff,

vs.

Donte Lavell Devers,

          Defendant.

**MOTION TO WITHDRAW**

    Counsel, Thomas H. Shiah, moves to withdraw as the attorney of record for Donte Lavell Devers in this matter. Counsel previously filed a motion to withdraw (Dkt. 252) and the parties appeared on January 29, 2025. The issue of continued representation was based on counsel and Mr. Devers disagreement over how to proceed with his defense. Mr. Devers previously submitted correspondence to the Court with attached exhibits requesting specific relief and a hearing. That letter with exhibits is attached as Exhibit A and filed separately Under Seal. By letter dated December 12, 2024, Mr. Devers was advised by the Clerk of Court that his letter, which was received on December 11, 2024 was being returned to him per Judge Joan M. Ericksen. He was advised that because he has an attorney, all filings should be done by your attorney (See Exhibit B also filed separately Under Seal). After the hearing on January 29, 2025, the Court advised Mr. Devers that it was not going to grant the motion for counsel to withdraw but that he had the option of proceeding pro se. Mr. Devers advised that he did not want to give up his right to counsel and did not want to proceed pro se. Since that hearing, there has been a further breakdown in the attorney/client relationship and there continues to be a fundamental disagreement on how to proceed and in the opinion of counsel, the attorney/client relationship has been irretrievably damaged.

Accordingly, counsel is again requesting permission to withdraw and for appointment of substitute counsel for Mr. Devers and asks that this motion be considered as soon as possible.

Dated: February 4, 2025　　　　　　　　Respectfully submitted,

                                              **LAW OFFICES OF**
                                              **THOMAS H. SHIAH, LTD.**

                  By      <u>**S/Thomas H. Shiah**</u>
                            Thomas H. Shiah #100365
                            331 Second Ave South, Ste 705
                            Minneapolis, MN 55401
                            (612) 338-0066
                            Attorney for Defendant